**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 301 MAL 2023

         Respondent        :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

          v.                       :

                                        :

IVAN GUADALUPE NUNEZ-HURTADO,    :

         Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.